# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 08-cr-30171-MJR |
| JAKOB SHAY DUGAN, | ) |
| Defendant. | ) |

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

**REAGAN, District Judge:**

On January 30, 2009, this Court entered an order for forfeiture against Defendant Jakob Shay Dugan for the following property:

> **One Dell Dimension XPS, 410 CPU, Serial Number B6HCXB1, containing one Seagate 250 gigabyte hard drive, serial number 4ND4D31K**.

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The Court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning March 9, 2009, and ending April 7, 2009, and that no third party filed a petition within 30 days after the last date of said publication to allege an interest in the property.

Consequently, the Court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on January 30, 2009, namely:

> **One Dell Dimension XPS, 410 CPU, Serial Number B6HCXB1, containing one Seagate 250 gigabyte hard drive, serial number 4ND4D31K**.

Accordingly, the Court **GRANTS** the Government's motion for finding of no third-party interests (Doc. 26). The United States Marshal or the property custodian for the Federal Bureau of Investigation shall dispose of the property according to law, and may, at its discretion, destroy any or all of said property.

**IT IS SO ORDERED.**

**DATED this 14th day of May, 2009**

s/Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**
